# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO. 07-00252-12-CR-W-NKL** |
| **LILLIAN NZONGI,** ) | |
| ) | |
| **Defendant.** ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer, to which no objection has been filed, the pleas of guilty to Counts 1 and 18 of the Indictment are now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    s/ NANETTE K. LAUGHREY
    NANETTE K. LAUGHREY
    United States District Judge

Kansas City, Missouri
August 14, 2008